

THE CITY OF NEW YORK

**MICHAEL A. CARDOZO**
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**SHAWN D. FABIAN**
Assistant Corporation Counsel
E-mail: shfabian@law.nyc.gov
Phone: (212) 788-0906
Fax: (212) 788-9776



August 10, 2007

**BY HAND**
Honorable Michael H. Dolinger
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1670
New York, New York 10007

Re:  Christopher Edwards v. Jane Doe #1, et al., 07 Civ. 5968 (RMB)(MHD)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to the defense of the above-referenced matter. I am writing in response to Your Honor's Order dated July 19, 2007, in which Your Honor directed this office to report to plaintiff and the Court on whether the officers in the above-referenced action can be identified, and, if so, whether this office will accept service on their behalf, by no later than August 20, 2007. This office requests an extension of time to identify the officers until September 21, 2007. Plaintiff is currently incarcerated and proceeding *pro se*, therefore, this application is made directly to the Court.

In his complaint, plaintiff provided his name and his state issued department identification number. After the New York City Department of Correction (DOC) conducted a preliminary search for the appropriate documents, upon information and belief, DOC cannot access the relevant records with the information provided by plaintiff. There were numerous individuals named Christopher Edwards in the custody of the New York City Department of Correction at the time plaintiff alleges he was in custody. Therefore, DOC is unable to locate the relevant documents using plaintiff's name, nor can DOC locate the appropriate records using plaintiff's state identification number. In order for DOC to access plaintiff's records and any relevant incident reports, plaintiff must provide his City book & case number, NYSID number, social security number and/or date of birth.

*[handwritten endorsement]*

8/14/07

ENDORSED ORDER

Application granted. The Law Department is to provide a response to our inquiry about defendants' identity by Sept 21, 2007. Plaintiff is to provide the Law Department promptly any identifying information that it requests from him.

Therefore, this office is in the process of sending plaintiff a letter requesting the above information so that DOC can access the appropriate records and this office can promptly identify the officers.    An extension of time until September 21, 2007 would allow plaintiff sufficient time to provide this office with the necessary information and provide us with adequate time to identify the officers.

No previous request for an extension has been made by this office.    Accordingly, we respectfully request that this office's time to respond to Your Honor's Order be extended to September 21, 2007.

Thank you for your consideration herein.

Respectfully submitted,

Shawn D. Fabian (SF4606)
Assistant Corporation Counsel
Special Federal Litigation Division

cc:    Mr. Christopher Edwards (By First Class Mail)
Plaintiff Pro Se
#04-A-6081
Southport Correctional Facility
P.O. Box 2000
Pine City, New York 14871-2000

2