```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/03/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTOPHER EDWARDS,

                Plaintiff,

  -against-

JANE DOE #1 et al.

                Defendants.
------------------------------------------------------------X

07 Civ. 5968 (RMB)

**ORDER OF DISCONTINUANCE**

      Based on the Report and Recommendation of Magistrate Judge Michael H. Dolinger, dated May 5, 2008, recommending that the Complaint be dismissed without prejudice under Rule 4(m) for Plaintiff's failure to serve any Defendant, it is hereby

      **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued.

**SO ORDERED**.

Dated: New York, New York
       June 3, 2008

                                                  Richard M. Berman, U.S.D.J.